United States District Court
Southern District of Texas

**ENTERED**

May 04, 2026

Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| MAMIE L. HARPER, | § | CIVIL ACTION NUMBER |
| Plaintiff, | § | 4:25-cv-06380 |
| | § | |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| LINA HIDALGO, *et al*, | § | |
| Defendants. | § | |

## ORDER ADOPTING
## MEMORANDUM AND RECOMMENDATION

This action was filed on behalf of Mamie L. Harper, who is deceased, alleging that Defendants "all played a part in extorting state property taxes" from her. Dkt 1 at 3. The complaint was filed and signed by Darrell J. Harper, who also filed an application to proceed *in forma pauperis*. Dkt 2.

Pending is a Memorandum and Recommendation by Magistrate Judge Yvonne Y. Ho, recommending that the filings be stricken and the case be dismissed on two grounds, being (i) Darrell J. Harper, who is not a licensed attorney, may not represent the decedent, and (ii) he has been designated a vexatious litigant by the Supreme Court of Texas, and a preclusion order bars him initiating new litigation in this district without prior permission. Dkt 7; see Dkt 7 at 4 (preclusion order).

Plaintiff filed objections. Dkt 8. He contends that the Memorandum and Recommendation (i) exceeds the authority of the Magistrate Judge in the absence of his consent, (ii) is tainted by bias and a lack of impartiality, (iii) misapplies constitutional and statutory law, and (iv) rests on erroneous factual assumptions and procedural improprieties. Ibid.

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC § 636(b)(1)(C); see also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir 1989, *per curiam*). The district court may accept any other portions to which there's no objection if satisfied that no clear error appears on the face of the record. See *Guillory v PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d 1415, 1430 (5th Cir 1996, *en banc)*; see also FRCP 72(b) advisory committee note (1983).

Upon *de novo* review and determination, the objections lack merit. For example, the objections do not contest either (i) the existence of the preclusion order, or (ii) that Harper, who isn't a licensed attorney, may not represent the decedent. The Magistrate Judge thus appropriately determined that case must be dismissed.

The objections by Plaintiff to the Memorandum and Recommendation of the Magistrate Judge are OVERRULED. Dkt 8.

No clear error otherwise appears upon review and consideration of the Memorandum and Recommendation, the record, and the applicable law.

The Memorandum and Recommendation of the Magistrate Judge is ADOPTED as the Memorandum and Order of this Court. Dkt 7.

All filings by Darrell Harper are STRICKEN, and this case is DISMISSED for violating the preclusion order.

The motion to proceed *in forma pauperis* is DENIED as moot. Dkt 2.

SO ORDERED.

Signed on ___May 04, 2026___, at Houston, Texas.

Honorable Charles Eskridge
United States District Judge